IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK FOSTER, et al.,

    Plaintiffs,

v.

NATIONWIDE MUTUAL
INSURANCE COMPANY,

    Defendant.

Case No. 2:08-cv-020
Judge Sargus
Magistrate Judge Deavers

## ORDER

In its Opinion and Order of March 3, 2010 (Doc. 84), the Court granted summary judgment to Defendant on the issues of whether Plaintiffs meet the salary requirement of the Fair Labor Standards Act's administrative exemption and whether Plaintiffs' primary duties are related to Defendant's management and/or general business operations. By way of clarification, the Court's Opinion and Order also should be deemed to grant summary judgment to Defendant on these same issues as they relate to Plaintiffs' state law claims.

**IT IS SO ORDERED.**

9-8-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1