IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK FOSTER, et al.,

    Plaintiffs,

v.

NATIONWIDE MUTUAL
INSURANCE COMPANY,

    Defendant.

Case No. 2:08-cv-020
Judge Sargus
Magistrate Judge Deavers

## ORDER

The Parties shall submit post trial briefs by October 10, 2011 and responses thereto by October 17, 2011.  Oral argument will be held on Monday, October 24, 2011 at 9 a.m.

**IT IS SO ORDERED.**

_9-27-2011_
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1