# COUNSEL SEATING CHART

CASE NO. **C2-08-020**
CASE CAPTION **FRANK FOSTER Vvs. NATIONWIDE MUTUAL INS.**

| | Bonnie O'Neil | Andrew Voss | Tracy Pyles | James Oh |
|---|---|---|---|---|

**DEFENDANTS' TABLE**

| | Rebekah Bailey | Reena Desai | Paul Lukas | Matt Morgan |
|---|---|---|---|---|

**PLAINTIFFS' TABLE**

Pltf's Witnesses:                                          Deft's Witnesses:

**BENCH**