AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK FOSTER, et al.,**

       **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**v.**

       **CASE NO.  C2-08-020**

**NATIONWIDE MUTUAL**        **JUDGE EDMUND A. SARGUS, JR.**
**INSURANCE COMPANY,**        **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

       **Defendant.**

____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed January 5, 2012, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**

Date: January 5, 2012                             JAMES BONINI, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk