**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| FRANK FOSTER, et al., | : |
| Plaintiff, | : Case No. 2:08-cv-00020 |
| v. | : Judge Sargus |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | : Magistrate Judge Deavers |
| Defendant. | : |

**DEFENDANT'S BILL OF COSTS**

Judgment having been entered in the above entitled action on January 5, 2012, against Plaintiffs, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 610.00 |
| Fees for service of summons and subpoena | $ 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 8,563.00 |
| Fees and disbursements for printing | $ 0.00 |
| Fees for witnesses (itemize on reverse side) | $ 10,116.28 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 12,612.91 |
| Docket fees under 28 U.S.C. 1923 (deposition costs) | $ 36,639.37 |
| Costs as shown on Mandate of Court of Appeals | $ 0.00 |
| Compensation of Court-appointed experts | $ 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ 0.00 |
| Other costs (please itemize) | $ 0.00 |
| TOTAL: | $ 68,541.56 |

An itemization of the aforementioned costs, as well as documentation supporting the aforementioned costs, are set forth in the attached affidavit of James J. Oh, incorporated herein by reference.

## **DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to counsel for Plaintiffs Paul J. Lukas, Matthew H. Morgan, Reena I. Desai and Rebekah L. Bailey, Nichols Kaster, PLLP, 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402, and Randolph Harry Freking, Freking & Betz, 525 Vine Street, Sixth Floor, Cincinnati, OH 45202.

Signature of Attorney:  /s/ *James J. Oh*

Name of Attorney:    James J. Oh

For:    Defendant Nationwide Mutual Insurance Company          Date: February 17, 2012

Costs are taxed in the amount of _____ and included in the judgment.

_____    By:_____
Clerk of Court                                                 Deputy Clerk                                          Date

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2012, a copy of the foregoing *Defendant's Bill of Costs* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   */s/ James J. Oh*
                                                   James J. Oh

Firmwide:109189085.1 050511.1019